IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETERS ABHULIMEN** : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 13-cv-3949 |
| : | |
| v. : | |
| : | |
| **ARCELORMITTAL STEEL USA** : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL

Pursuant to the settlement of the parties and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania, the parties hereby stipulate that Plaintiff's Complaint shall be dismissed with prejudice, with each party to bear its own costs and counsel fees with respect to this proceeding.

| | |
|---|---|
| BOWMAN & PARTNERS, LLP | LITTLER MENDELSON, P.C. |
| | |
| By: */s/ Michael A. Bowman* | By: */s/ Sarah Bryan Fask* |
| Michael A. Bowman | Sarah Bryan Fask |
| 1600 Market Street, 25th Floor | Three Parkway |
| Philadelphia, PA 19103 | 1601 Cherry Street, Suite 1400 |
| *Attorneys for Plaintiff* | Philadelphia, PA 19102 |
| *Devin Aponte* | *Counsel for Defendant* |

Dated: August 12, 2014