# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETERS ABHULIMEN** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-3949 |
| v. | : | |
| | : | |
| **ARCELORMITTAL PLATE USA** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 12th day of August 2014, upon notification that the issues between Plaintiff and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are DISMISSED with prejudice, without cost, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.